

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
---------------------------------------------------x
PAUL MARTINEZ,

                Plaintiff

           -against-

COMMUNICATIONS WORKERS OF
AMERICA LOCAL 1120, AFL-CIO,
GLENN A. CARTER AS PRESIDENT
OF THE COMMUNICATIONS
WORKERS OF AMERICA LOCAL
1120, AFL-CIO, PM SAVVY FLEET
SERVICE, INC., KEVIN B. PETERS,
and JOHN DOE,

                Defendants
---------------------------------------------------x

Index No.: 07 CIV 1942 (WCC)
ECF CASE
STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Attorneys for Plaintiff Paul Martinez and Defendants Communications Workers of America Local 1120, AFL-CIO, Glenn A. Carter, as President of the Communications Workers of America Local 1120, AFL-CIO, PM Savvy Fleet Services, Inc., Kevin B. Peters and John Doe that the above-captioned action is DISMISSED WITH PREJUDICE as to all Defendants. Each party will bear its own costs and fees.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

COPIES MAILED TO COUNSEL OF RECORD

Dated: New City, New York
December 31, 2008

JASON L. ABELOVE, ESQ.

_____
Jason L. Abelove, Esq.
666 Old Country Road, Suite 304
Garden City, New York 11530
516-222-7000

Counsel for Defendants
PM Savvy Fleet Service, Inc.,
Kevin B. Peters and
John Doe

AMY S. YOUNG, ESQ.

_____
Amy S. Young, Esq.
CWA
District 1
Legal Department
275 Seventh Avenue, 23rd Floor
New York, NY 10001
212-419-1550

Counsel for Defendants
Communications Workers of America
Local 1120, AFL-CIO and
Glenn A. Carter, as President of the
Communications Workers of America
Local 1120, AFL-CIO

BARRY D. HABERMAN, ESQ.

_____
Barry D. Haberman, Esq.
254 South Main Street, Suite 404
New City, New York 10956
845-638-4294

Counsel for Plaintiff
Paul Martinez

SO ORDERED:

_____
William E. Conner
U.S.D.J.
Dated: White Plains, NY
January 12, 2009